THE CITY OF ROCHESTER, Respondent, *v.* GEORGE A. KAPELL, Appellant, Impleaded with Others.

*City of Rochester* v. *Kapell*, 86 App, Div. 224, affirmed.
(Argued December 2, 1903; decided December 18, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 16, 1903; affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*J. P. Varnum* for appellant.

*William A. Sutherland* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: GRAY, O'BRIEN, MARTIN and WERNER, JJ. Not voting: PARKER, Ch. J., BARTLETT and CULLEN, JJ.